ROBERT W. THOMPSON, Doing Business as ROBERT W. THOMPSON COMPANY, Respondent, *v.* TRINITY OPERATING COMPANY, INC., Appellant.

Submitted January 7, 1952; decided January 17, 1952.

*Frederick G. Watson* for motion.

*C. I. Donahue* and *Monroe Fink* opposed.

Motion denied, with $10 costs and necessary printing disbursements, upon the ground that an appeal lies as of right. [See 303 N. Y. 901.]